■ In the Matter of JAVAR CORP., Petitioner, v NEW YORK STATE LIQUOR AUTHORITY, Respondent. [62 NYS3d 266]—A

proceeding having been commenced by the above-named petitioner and transferred to this Court by an order of the Supreme Court, New York County (Manuel J. Mendez, J.), entered April 6, 2017, and said proceeding having been withdrawn before argument by counsel for the respective parties; and upon the stipulation of the parties hereto dated October 3, 2017, it is unanimously ordered that said proceeding be and the same is hereby withdrawn in accordance with the terms of the aforesaid stipulation. Concur—Friedman, J.P., Richter, Andrias, Gische and Moulton, JJ.